JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAIN LAMMEY,<br><br>        Plaintiff,<br><br>v.<br><br>DUQUESNE PROPERTIES, LLC, a California Limited Liability Company; EAST COAST FOODS, INC., a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No. CV 19-02380-AB (JPRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

1  　　　This Court retains full jurisdiction over this action and this Order shall not
2  prejudice any party to this action.
3
4  Dated:  June 1, 2020     _____
5  　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
6  　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE